**Ivo GILLESPIE, Appellant, v. UNITED STATES of America.**

No. 8899.

Circuit Court of Appeals, Eighth Circuit.

Oct. 14, 1930.

J. M. Johnson and Donald W. Johnson, both of Kansas City, Mo., and Frank J. Looney, of Shreveport, La., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed on motion of appellee, without costs to either party in this court.

**Selma G. HALPER et al., Appellants, v. NEW YORK LIFE INSURANCE CO. et al.**

No. 9036.

Circuit Court of Appeals, Eighth Circuit.

Oct. 18, 1930.

Grant I. Rosenzweig and Charles E. Mc Coy, both of Kansas City, Mo., for appellants.

Richard S. Righter, of Kansas City, Mo.; for appellees.

PER CURIAM.

Appeal docketed and dismissed with prejudice, at costs of appellants, on motion of appellants.